# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TODD STICKNEY,

    Plaintiff,

v.

HOWARD SKOLNIK, *et al.*,

    Defendants.

Case No. 2:11-CV-00409-KJD-RJJ

**ORDER**

    Before the Court is the Motion to Dismiss (#8) filed by Defendants Catherine Masto Cortez, James G. Cox, James G. Gibbons, Officer Mellinger, Ross Miller, Cole Morrow, Dwight W. Neven, Howard Skolnik (collectively "Defendants"). Plaintiff has not filed an opposition.

    Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." Plaintiff's opposition was due October 29, 2011. The Court has examined the motion and finds that it has merit. Accordingly, **IT IS HEREBY ORDERED** the Motion to Dismiss (#8) is **GRANTED**.

    DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge